UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 6:06-cr-125-Orl-19KRS

MARK ANTONIO WEAVER, ,

    Defendant.

_____/

## ORDER

This case is before the Court on the following motion:

**MOTION**:   Defendant's Motion to Correct PSR and Amend/Correct Sentence (Doc. No. 1757, filed August 27, 2009).

It is not clear from the motion as to the statutory basis upon which Defendant is requesting relief. Consequently, within twenty (20) days from the date of this Order, Defendant shall file an amended motion that shall delineate the statutory basis upon which relief is being request. Since it is conceivable that Defendant is seeking relief under 28 U.S.C. section 2255, the Clerk of the Court is directed to provide Defendant with a section 2255 motion form. The failure to comply with this Order shall result in the denial

of this motion without further notice.

**DONE AND ORDERED** in Chambers at Orlando, Florida this   2nd   day of September, 2009.

*[Signature: Patricia C. Fawsett]*
PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/2
Mark Antonio Weaver
Counsel of Record