UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 6:06-cr-125-Orl-19KRS

MARK ANTONIO WEAVER, ,

    Defendant.
_____/

## ORDER

This case is before the Court on the following matters:

1. Defendant's Motion to Correct PSR and Amend/Correct Sentence (Doc. No. 1757, filed August 27, 2009) is **DENIED** as moot in light of the Defendant's Amended Motion to Amend/Correct Sentence (Doc. No. 1760, filed September 21, 2009).

2. Within fifteen (15) days from the date of this Order, the Government shall file a response to Defendant's Motion to Amend/Correct Sentence (Doc. No. 1760, filed September 21, 2009).

**DONE AND ORDERED** in Chambers at Orlando, Florida this __5th__ day of October, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 10/5
Mark Antonio Weaver
Counsel of Record